DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AJAY K. GOYAL, M.D., P.A.** a/a/o **GREGORY BOWEN,**
Appellant,

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY,**
Appellee.

No. 4D21-80

[June 30, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Waters, Judge; L.T. Case No. 19-403-SC, 19-16-AP.

Michelle J. Kane of Kane Lawyers, PLLC, Delray Beach, for appellant.

Rebecca O'Dell Townsend, Andrew Steadman, and Scott W. Dutton of Dutton Law Group, PA, Tampa, for appellee.

PER CURIAM.

*Affirmed. See Alliance Spine & Joint, III, LLC a/a/o Audrey Belmonte v. GEICO Gen. Ins. Co.*, 4D21-134, 2021 WL 2010300, 46 Fla. L. Weekly D1149a (Fla. 4th DCA May 19, 2021).

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*